NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KENNETH MCDONALD, DOC# T70470,    )
                                  )
            Appellant,            )
                                  )
v.                                )        Case No. 2D12-2769
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____   )

Opinion filed March 21, 2018.

Appeal from the Circuit Court for
Hillsborough County; Susan Sexton,
Senior Judge.

Kenneth M. McDonald, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Wendy Buffington,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

            Affirmed.


NORTHCUTT, KELLY, and SALARIO, JJ., Concur.